Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SUNNYSIDE, AL ESCALERA, in his official and individual capacities, MELISSA RIVAS, in her official and individual capacities; CHRISTOPHER SPARKS, in his official and individual capacities; JOEY GLOSSEN, in his official and individual capacities; and JAMES RIVARD, in his official and individual capacities<br><br>　　　　　Defendants. | NO.<br><br>**NOTICE OF REMOVAL OF ACTION; UNDER 28 U.S.C. § 1441, 1443 AND 1446**<br><br>**(FEDERAL QUESTION)**<br><br>**[From Yakima County Superior Court Cause No. 20-2-00411-39]**<br><br>**JURY TRIAL DEMANDED** |

COMES NOW the Petitioners, City of Sunnyside, Al Escalera, Melissa Rivas, Christopher Sparks, Joey Glossen and James Rivard, by and through their undersigned attorneys of record, Kirk A. Ehlis of Menke Jackson Beyer, LLP, and hereby request that this matter be removed to Federal Court.

The basis of removal to Federal Court is 28 U.S.C. § 1441, 1443 and 1446.

**NOTICE OF REMOVAL - 1**

In support of removal, petitioners allege as follows:

1. Petitioners are defendants in the above referenced action.

2. On or about February 5, 2020, the action was filed in Yakima County Superior Court under Cause No. 20-2-00411-39, and is now pending in such court. Copies of the state court summons and complaint filed with Yakima County Superior Court are attached to this petition as Exhibit "A".

3. As counsel for defendants I have filed a Notice of Appearance in Yakima County Superior Court. No further proceedings have been had in this action in Yakima County Superior Court, other than the filing of the Notice of Appearance on behalf of the petitioners. This additional pleading is attached hereto as Exhibit "B."

5. The above entitled action is a civil action for alleged Civil Rights violations pursuant to title 42 U.S.C. § 1983, the Fourteenth Amendment to the United States Constitution, and the federal Fair Housing Act.

6. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331 and the action therefore may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1443.

7. This petition is filed with this Court within thirty (30) days after petitioners' filing of the summons and complaint and defendants' notice of the same.

**NOTICE OF REMOVAL - 2**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

8. All the defendants have joined in and are agreeable to this Notice of Removal as evidenced by the signature of their counsel below.

WHEREFORE, petitioners request that the above-entitled action be removed from Yakima County Superior Court to this Court and that this matter be tried to a jury should it proceed to trial.

DATED this 6th day of February, 2020.

        s/KIRK A. EHLIS (WSBA #22908)
Attorneys for all Defendants
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kehlis@mjbe.com

**NOTICE OF REMOVAL - 3**

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2020, I electronically served the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

> Mitchell A. Riese, WSBA # 11947
> Mitchell.Riese@atg.wa.gov
>
> Neal Luna, WSBA # 34085
> Neal.Luna@atg.wa.gov.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None

**NOTICE OF REMOVAL - 4**